UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re. Search Warrant

Plaintiff(s),                                   Case No. 21-50152

v.                                              Judge

                                                Magistrate Judge

Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __101__, filed ____2/2/2022____, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [x] Other: Docketed twice

If you need further clarification or assistance, please contact __K. Brown__ at __234-5002__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: March 31, 2022                          s/K. Brown
                                               Deputy Clerk